IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONNIE SMITH                                                                          PLAINTIFF

        v.                      Civil No. 05-4080

DANNY ORMAND, Sheriff;
THEARTIS EARLY, Investigator;
and JAMIE WHITAKER                                      DEFENDANTS

## **O R D E R**

Now pending before the court is the motion (Doc. 5) of the plaintiff, Ronnie Smith, to substitute Jamie Whitaker for defendant Johnny Welch. The plaintiff indicates in his motion that he incorrectly listed Johnny Welch in the complaint when he meant to provide the name of Jamie Whitaker.

The motion is GRANTED. The clerk's office is directed to substitute Jamie Whitaker for Johnny Welch on the docket.

IT IS SO ORDERED this 13th day of January 2006.

                                                                 **/s/ Bobby E. Shepherd**
                                                          _____
                                                           HON. BOBBY E. SHEPHERD
                                                           UNITED STATES MAGISTRATE JUDGE